**Opinion issued December 10, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00380-CV

———————————

## PAUL M. RODRIGUEZ, Appellant

## V.

## PINE VILLAGE NORTH ASSOCIATION, Appellee

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Case No. 2017-76695

## MEMORANDUM OPINION

Appellant, Paul M. Rodriguez, has filed an agreed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

# PER CURIAM

Panel consists of Justices Keyes, Goodman, and Countiss.